David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant Mid-Century Insurance
    Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN FRANCIS, and individual, ) | Case No.: 2:18-cv-00344 |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND DISCOVERY** |
| ) | **DEADLINES** |
| MID-CENTURY INSURANCE COMPANY: ) | **(FIRST REQUEST)** |
| ROE CORPORATIONS I through X, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the initial expert disclosure, interim status report, rebuttal expert disclosure, discovery cut-off, dispositive motion and Pretrial Order deadlines by sixty (60) days. The parties request this extension for the following reasons:

The Petition for Removal was filed on February 23, 2018 (ECF No. 1). On April 13, 2018, a discovery plan was approved by the Court (ECF No. 9).

The current discovery plan contemplates the exchange of expert witness reports on June 22, 2018, the exchange of rebuttal witness reports on July 23, 2018, a discovery cut-off of August 22, 2018, and a dispositive motions deadline of September 21, 2018.

**1.    DISCOVERY COMPLETED:**

Both parties have made their initial disclosures pursuant to FRCP 26. Defendant is in the process of setting Plaintiff's deposition.

. . .

**2. DISCOVERY THAT REMAINS TO BE COMPLETED:**

Defendant is retaining a physician to conduct a medical records review of Plaintiff, and it is anticipated that upon completion of Plaintiff's deposition, depositions will be taken of Plaintiff's treating physicians, as well as any designated expert(s) and rebuttal expert(s).

Plaintiffs will set depositions of claims employees, and Plaintiffs intend to take depositions of Defendant's expert(s).

**3. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED AND WHY INITIAL EXPERT AND REBUTTAL EXPERT DISCLOSURES AND RELATED DEADLINES SHOULD BE EXTENDED.**

The parties are still in the discovery process. Plaintiff is still receiving medical treatment, and Defendant is still gathering records. Once all records are gathered, Defendant's medical expert will need additional time to review them. An extension of the initial expert disclosure deadline to August 23, 2018 is requested to allow Defendant to have Plaintiff's medical records reviewed and the physician to provide his reports.

In addition, additional time will allow the parties to explore the possibility of settling this matter, without incurring additional expert expenses, if the same can be avoided, or subjecting the parties to any prejudice if settlement cannot be obtained. Counsel are in agreement that modification of all pending dates in the discovery plan is the most reasonable option. Accordingly, the parties have agreed to extend the deadlines to exchange expert reports, both initial and rebuttal, by sixty (60) days and to extend all of the related discovery deadlines in this case, as set forth below:

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

The parties have agreed to the following modified deadlines:

    **A.** **Initial expert disclosure date: August 23, 2018** (formerly June 22, 2018).

    **B.** **Interim status report date: August 23, 2018** (formerly June 22, 2018).

    **C.** **Rebuttal expert disclosure date: September 21, 2018** (formerly July 23, 2018).

    **D.** **Discovery cut-off date: October 22, 2018** (formerly August 22, 2018).

**E.  Date for filing dispositive motions: November 21, 2018** (formerly September 21, 2018).

**F.  Date for filing Pretrial Order: December 21, 2018** (formerly October 29, 2018).

(with date to change if dispositive motions filed).

THEREFORE, the parties stipulate and request that the Court enter an Order approving the proposed discovery schedule set forth above.

**IT IS SO STIPULATED.**

Dated: __5/31/2018__                                  Dated: __5/31/2018__

___/s/ David Feldman___                          ___/s/ Daniel Dastrup___
David J. Feldman, Esq.                               Roger M. Cram, Esq.
Nevada Bar No. 5947                                  Nevada Bar No.: 006612
THE FELDMAN FIRM                                     Daniel Dastrup, Esq.
8831 West Sahara Avenue                              NV Bar #: 13677
Las Vegas, Nevada 89117                              CRAM VALDEZ BRIGMAN & NELSON
Telephone: (702) 949-5096                            2451 S. Buffalo Dr., #120
Facsimile: (702) 949-5097                            Las Vegas, Nevada 89117
dfeldman@feldmangraf.com                             Telephone: (702) 255-0700
*Attorneys for Defendant Mid-Century*                Facsimile: (702) 255-2159
*Insurance Company*                                  rcram@cvbnlaw.com
                                                     *Attorneys for Plaintiff John Francis*

**IT IS SO ORDERED.**

_____
Cam Ferenbach
United States Magistrate Judge

DATED: __June 1, 2018__

3